AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

ROGELIO MORENO-GARICA, et al.,

                      Plaintiffs,

                                JUDGMENT IN A CIVIL CASE

                         v.

YAKIMA POLICE DEPARTMENT, et al.,

                                CASE NUMBER: CV-09-3123-EFS

                      Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Yakima Sheriff's Department Officers John and Jane Does 1-30 pursuant to the Order Granting Yakima County Defendants' Motion to Dismiss entered on October 27, 2010, Ct. Rec. 36.

October 27, 2010                                     JAMES R. LARSEN
*Date*                                                    *Clerk*
                                                     s/ Cora Vargas
                                                     *(By) Deputy Clerk*
                                                   Cora Vargas