AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

ROGELIO MORENO-GARCIA, et al.,

        Plaintiffs,

        v.

YAKIMA POLICE DEPARTMENT, et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-3123-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants L.E.A.D. Task Force Officers John and Jane Does 1-30 pursuant to the Order Dismissing L.E.A.D. Task Force Defendants without prejudice entered on December 2, 2010, Ct. Rec. 38.

12/02/2010                                                                              JAMES R. LARSEN
*Date*                                                                                            *Clerk*
                                                                                                  s/ Cora Vargas
                                                                                                  *(By) Deputy Clerk*
                                                                                                  Cora Vargas